**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ISRAEL SPENCE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY COMMERCIAL, LLC,<br><br>Defendant. | Case No. 3:26-cv-01186-N |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.4, Defendant Lincoln Property Company Commercial, LLC provides the following information.

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

1. Royal Property Company Borrower LLC owns 100% of Defendant Lincoln Property Company Commercial, LLC.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Defendant Lincoln Property Company Commercial, LLC, its parent company, Royal Property Company Borrower LLC, and any indirect parents

2. Plaintiff Israel Spence

Dated: May 14, 2026

Respectfully submitted,

*/s/ Megan Hulce*
Megan Hulce
Texas Bar No. 24110027
MHulce@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3170
Facsimile: 214.571.2901

*Attorney for Defendant*
*Lincoln Property Company Commercial, LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2026, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system

*/s/ Megan Hulce*
Megan Hulce