# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: LINCOLN PROPERTY COMPANY COMMERCIAL DATA BREACH LITIGATION | § | CIVIL ACTION NO. 3:26-CV-1186-S |
| This Document Relates To: ALL ACTIONS | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Randy Mathis
Gilbert Mediation Group
12801 N. Central Expressway
Suite 1400
Dallas, Texas 75243
(214) 303-4520
raeshaan@gmgtexas.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED July 28, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**